# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEGAN McGINLEY, SANDRA GARRETT DORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG AND SANDY ARMSTRONG individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>LEAFFILTER NORTH, LLC,<br><br>    *Defendant.* | CIVIL ACTION NO.<br>2:20-CV-6229-MHW-KAJ<br><br>JUDGE MICHAEL H. WATSON<br><br>**DEFENDANT LEAFFILTER NORTH, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)) AND STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 23(c)(1)(A)** |

Defendant LeafFilter North, LLC ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for a seven (7) day extension of time, up to and including June 17, 2021, to file its reply in support of its Motion for Partial Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike the Nationwide Class and Ohio Subclass Claims Pursuant to Fed. R. Civ. P. 23(c)(1)(A) ("Motion") [Dkt. No. 29]. In support of this Motion, Defendant states as follows:

1. Defendants filed their Motion on April 29, 2021. The Motion sets forth various arguments and legal doctrines in support of dismissal certain counts of Plaintiffs' claims and separately sets forth numerous legal grounds for why several of Plaintiffs' proposed class claims are inappropriate for classwide treatment.

2. On May 17, 2021, Plaintiffs sought via an unopposed motion seven (7) days to respond to Defendant's Motion [Dkt. No. 32]. The Court granted Plaintiff's request for additional time on May 18. 2021 via Minute Entry.

3. On May 27, 2021, Plaintiffs filed their opposition to Defendant's Motion.

4. Defendant's current deadline to file its reply in further support of the Motion is June 10, 2021. Defendant seeks an additional seven (7) days to file its reply, up to and including June 17, 2021, to fully reply to the multitude of important issues to address with respect to the Motion and Plaintiffs' opposition.

6. Defendant's counsel reached out to Plaintiffs' counsel regarding this Motion on May 17, 2021. Plaintiffs stated that there was no objection to this brief extension of time.

7. Defendant makes this request in good faith and not to delay or hinder the proceedings before this Court.

**WHEREFORE**, Defendant respectfully requests that the Court grant it an extension of time up to and including June 17, 2021, to file its reply in support of its Motion for Partial Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike the Nationwide Class and Ohio Subclass Claims Pursuant to Fed. R. Civ. P. 23(c)(1)(A), and for any other relief the Court deems fit.

May 28, 2021                                      Respectfully submitted,

                                      */s/ Trevor Covey*
GREGORY J. PHILLIPS (0077601)
TREVOR COVEY (0085323)
MICHAEL MEYER (0087953)
SUZANNE M. ALTON DE ERASO
**Benesch, Friedlander, Coplan & Aronoff LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: gphillips@beneschlaw.com
         tcovey@beneschlaw.com
         mmeyer@beneschlaw.com
         saltondeeraso@beneschlaw.com

*Attorneys for Defendant LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on May 28, 2021 a true and correct copy of ***Defendant LeafFilter North, LLC's Unopposed Motion for Extension of Time to File Reply in Further Support of Its Motion for Partial Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion to Strike the Nationwide Class and Ohio Subclass Claims Pursuant to Fed. R. Civ. P. 23(c)(1)(A)*** was electronically filed via the Court's CM/ECF system, which will serve notice of filing the aforementioned document on all counsel who has consented to receive service by electronic means.

      */s/Trevor Covey*

14683657 v1