IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG, and SANDY ARMSTRONG, individually and on behalf of all others similarly situated, | ) CASE NO. 2:20-cv-6229-MHW-KAJ ) ) ) JUDGE MICHAEL H. WATSON ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LEAFFILTER NORTH, LLC, | ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs James Zilinsky, Geraldine Zilinsky, Cory Simpson, Meagan McGinley, Sandra GarrettDorsey, Brian Dering, Theresa Dering, Alan Armstrong, and Sandy Armstrong, on behalf of themselves and the putative Settlement Class they represent, respectfully move this Court to enter the proposed Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") that is attached to the Settlement Agreement as Exhibit A. The Preliminary Approval Order is sought for a settlement that was the result of arm's length negotiations including mediation under the direction of an experienced mediator, and should be granted for this and other reasons as more fully set forth in the accompanying memorandum of law and supporting documentation which includes: (1) the Settlement

Agreement; (2) the proposed Notice; (3) the proposed Claim Form; (4) the Declaration of Brian Warwick; (5) the Declaration of Jeffrey S. Goldenberg; (6) the Declaration of Rocco Mango; (7) the resume of mediator Hunter Hughes, Esq.; and (8) the Declaration of Christie Reed.

Respectfully submitted,

/s/Jeffrey S. Goldenberg
Todd B. Naylor (0068388)
Jeffrey S. Goldenberg (0063771)
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati OH  45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
tnaylor@gs-legal.com
jgoldenberg@gs-legal.com

Janet R. Varnell*
Matthew Peterson*
Brian Warwick*
**VARNELL & WARWICK**
1101 E. Cumberland Avenue
Suite 201H, #105
Tampa, FL  33602
Telephone: (352)753-8600
Email: jvarnell@varnellandwarwick.com
         mpeterson@varnellandwarwick.com
         bwarwick@varnellandwarwick.com

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs and the putative Class*

### CERTIFICATE OF SERVICE

I certify that on June 24, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)