Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG, and SANDY ARMSTRONG, individually and on behalf of all others similarly situated, Plaintiffs, v. LEAFFILTER NORTH, LLC, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:20-cv-6229-MHW-KAJ  JUDGE MICHAEL H. WATSON |

## DECLARATION OF BRIAN W. WARWICK

I, Brian W. Warwick, declare as follows:

1. I am a partner in the law firm of Varnell & Warwick, PA ("V&W"), counsel of record for Plaintiff in this matter. I respectfully submit this Declaration in support of Plaintiff's Motion and Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement.

## RELEVANT BACKGROUND

2. On December 3, 2020, Plaintiffs James and Geraldine Zilinsky sued Leaffilter North, LLC, on behalf of themselves and a putative class of purchasers of the Leaffilter gutter protection system asserting claims under the Ohio Consumer Sales Practice Act ("CSPA"), breach of implied warranty due to the Leaffilter product failing to perform the most basic and intended use, violation of the Illinois Consumer Fraud And Deceptive Business Practices Act ("ICFA") by failing to disclose the overflow defect inherent in the system, additionally Leaffilter committed

both Fraud and Fraudulent Concealment by not disclosing said defect and finally Plaintiffs paid substantial money for a high-quality, high-end gutter system, while being provided with a defective system instead, thus resulting in Leaffilter unjustly enriching themselves.

3. Thereafter, on April 1, 2021, Plaintiffs filed a First Amended Complaint incorporating all claims made in the initial Complaint while also adding additional named plaintiffs and their corresponding state laws. The additional Plaintiffs were Cory Simpson and Megan McGinley from Maryland, Sandra GarrettDorsey from New Jersey, Brian and Theresa Dering from Pennsylvania and Alan and Sandy Armstrong from Washington.

4. Throughout the remainder of 2021, the parties engaged in class discovery, including the production of approximately 45,000 documents from LeafFilter.

5. At the beginning of 2022, the parties agreed to attend mediation and Class Counsel spent the weeks leading up to the mediation requesting and analyzing information related to potential class definitions and determining actual damages. In order estimate damages prior to mediation, Class Counsel reviewed extensive amounts of discovery provided by Defendants.

6. On March 17, 2022, the parties attended a full-day mediation with experienced class action Mediator, Hunter Hughes in Atlanta, Georgia. Mediation resulted in the parties signing a basic term sheet outlining the overall structure and terms of this class action settlement. *Id.*

7. After reaching an agreement in principle, the parties held multiple conference calls and submitted numerous drafts of the Settlement Agreement and supporting documents. There were several points of clarification and dispute that took substantial effort on both sides to resolve. In fact, the formal Settlement Agreement was only fully executed on June 24, 2022. The Agreement is filed with and described in detail in Plaintiff's Memorandum of Law in Support of Preliminary Approval.

2

## **CREDENTIALS**

8. V&W is a law firm headquartered in Florida that focuses on consumer protection, environmental protection, civil rights and other areas of high-impact public interest litigation. The attorneys of V&W have been appointed lead or co-lead class counsel in more than 50 class action cases certified in both state and federal courts across the nation including cases within this District. They have prosecuted a variety of multi-million-dollar disputes. The defendants in these cases have included governmental entities and international companies such as AT&T, Asplundh, Bank of America, Capital One, Citibank, Discover Bank, General Electric Capital Corp., HSBC, Home Depot, Progressive Insurance, State Farm Insurance, and Sallie Mae.

9. Since starting V&W in 2001, I have concentrated my practice on consumer financial protection litigation. Throughout my career, I have been engaged in complex litigation and frequently litigate under Federal and state consumer protection statutes.

10. I received a B.A. in Finance from the College of St. Francis in Joliet, Illinois in 1994. In 1999, I received my J.D. from Cumberland School of Law and my MBA from Samford University in Birmingham, Alabama.

11. After graduation from law school, I served as Law Clerk to the Honorable Champ Lyons, Jr. on the Alabama Supreme Court.

12. I am currently admitted in the following state and federal courts: Supreme Court of the United States (2004); State of Florida (2002); State of Alabama (1999-Alabama Bar license currently on inactive status); United States District Court, Southern District of Florida (2011); United States District Court, Middle District of Florida (2005); United States District Court, Northern District of Florida (2011); United States District Court of Colorado (2007); Tenth Circuit

3

Court of Appeals (2010); Eleventh Circuit Court of Appeals (2008); and, Federal Circuit Court of Appeals (2010).

13. I have written the following publications related to class action litigation: <u>Class Action Settlement Collusion: Let's Not Sue Class Counsel Quite Yet</u>, American Journal of Trial Advocacy, Vol. 22:3 (Spring 1999); <u>Claim Jumpers Beware: Alabama Takes Another Look at Class Action Certification</u>, American Journal of Trial Advocacy, Vol. 22:1 (Summer 1998).

14. I have been a guest speaker on class action matters on several occasions for the National Consumer Law Center ("NCLC") and the National Association of Consumer Advocates ("NACA"), which are the two leading organization in the country focused on protecting consumer rights.

15. Along with my partner, Janet Varnell, I received the "2018 Trial Lawyer of the Year Award" from the Public Justice Foundation in Washington D.C. This nationally recognized award was presented for our class action work protecting consumers in the payday loan industry in the matter of *Inetianbor v. CashCall*, in the United Stated District Court, Southern District of Florida. The *CashCall* case involved payday lenders using tribal land to attempt to circumvent usury laws for internet loans. Florida consumers were charged between 90% and 300% interest on these loans. The complex issues involved in this matter included an arbitration clause that required arbitration under tribal law, a choice of law provision that dictated tribal law and numerous competing class actions. The matter was appealed twice to the Eleventh Circuit and once to the Supreme Court of the United States. Ultimately, Florida consumers received millions of dollars in terminated loans and refunds.

16. Varnell & Warwick has been named Class Counsel in the following cases:

- *Allen v. AT&T,* In the United States District Court, Eastern District of Oklahoma, CIV-00-023-S;

4

- *Baez v. LTD Financial Services, L.P.,* In the United States District Court, Middle District of Florida, 6:15-cv-1043;

- *Bayhylle, et al. v. Jiffy Lube International*, In the District Court for Cherokee County, Oklahoma, CJ-2002-352;

- *Bennett v. Coggin Cars, LLC*, In the Circuit Court of Duval County, Florida, 2004-CA-002883;

- *Briles v. Tiburon Financial, LLC, et al.,* In the United States District Court, District of Nebraska, 8:15-cv-00241

- *Brotz v. Simm Associates, Inc.*, In the United States District Court, Middle District of Florida, 6:17-cv-1603-Orl-40EJK

- *Brown v. Johnson Distributors, et al.,* In the General Court of Justice Superior Court Division, State of North Carolina, County of Mecklenburg, 16-CVS-3445;

- *Bryant v. World Imports U.S.A., Inc., d/b/a World Imports,* In the Circuit Court of Duval County, Florida, 2015-CA-005185;

- *Burrow, et al. v. Forjas-Taurus SA and Braztech International, L.C.*, In the United States District Court, Southern District of Florida, 1:16-cv-21606-EGT;

- *Covey v. American Safety Council, Inc. d/b/a Florida Online Traffic School*, In the Circuit Court of Orange County, Florida, 10-CA-009781;

- *Ebreo v Vystar Credit Union, In* the Circuit Court of Duval County, Florida, 2014-CA-000365;

- *Ferrari v. Autobahn, Inc., et al.,* In the United States District Court for the Northern District of California, 4:17-CV-00018-YGR;

- *Friedman v. Guthy-Renker,* In the United States District Court, Central District of California, 2:14-cv-06009.

- *Gagnon v. Kia Autosport of Pensacola, Inc., et al.,* In the Circuit Court of Escambia County, Florida, 2014-CA-000084;

- *Grant v. Ocwen Loan Servicing, LLC,* In the United States District Court, Middle District of Florida, 3:15-cv-01376-MMH-PDB;

- *Gjolaj v. Global Concepts Limited, Inc.,* United States District Court, Southern District of Florida, 1:12-cv-23064;

5

- *Law Offices of Henry E. Gare, P.A. v Healthport Technologies, LLC,* In the Circuit Court of Duval County, Florida, 2011-CA-010202;

- *Hardy v. N.S.S. Acquisition Corp.*, In the Circuit Court of Palm Beach County Florida, CL-99- 8628 AO;

- *Harvey v. Hospital Lien Strategies*, In the United States District Court, Middle District of Florida, 3:10-cv-00640-TJC-JRK

- *Holt v. HHH Motors, Inc.,* In the Circuit Court of Duval County, Florida, 2012-CA-010179;

- *Inetianbor v. CashCall and John Paul Reddam*, United Stated District Court, Southern District of Florida, 13-60066 – CIV – COHN – Seltzer.

- *Ioime, et al., v. Blanchard, Merriam, Adel & Kirkland, P.A.,* In the United States District, Middle District of Florida, 5:15-cv-13-Oc-30PRL;

- *Jackson v. Worthington Ford of Alaska, Inc.,* In the Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-13-08258;

- *Kearney, et al., v. Direct Buy Associates, et al.,* In the Superior Court of the State of California for the County of Los Angeles, Central Civil West, BC539094;

- *Kilby, et al., v. Camaron at Woodcrest, LLC, et al.,* In the Circuit Court of Leon County Florida, 2013-CA-001300;

- *Koster, et al. v. Fidelity Assurance Associates, LLC, et al.,* In the Circuit Court of Lake County Florida, 2010-CA-003482;

- *Lankhorst v. Independent Savings Plan Company d/b/a ISPC,* In the United States District Court, Middle District of Florida, 3:11-cv-390-MMH-JRK;

- *McClure v. Avenue Motors, LTD*, In the Circuit Court of Duval County, Florida, 07-CA-009207;

- *Napoleon v. Worthington Imports of Alaska, Inc. d/b/a Mercedes Benz of Anchorage,* In the Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-14-09617 CI;

- *Newlin v. Florida Commerce Credit Union*, In the United States District Court, Northern District of Florida, 4:11-cv-00080-RH-WCS;

- *Neese, et al. v. Lithia Chrysler Jeep of Anchorage, Inc., et al.,* In the Superior Court in Anchorage Alaska, 3AN-06-4815;

6

- *Palasack v. Asbury Auto Group*, In the Circuit Court of Pulaski County, Arkansas, CV02-12712;

- *Page v. Panhandle Automotive, Inc.,* In the Circuit Court of Bay County, Florida, 11-CA-1611

- *Parish v. California Style, Inc., et al.*, In the District Court of Sequoyah County, Oklahoma, CJ- 00-342;

- *Petersen v. American General Life Ins. Co.*, United States District Court, Middle District of Florida, Case No. 3:14-cv-100-J-39JBT.

- *Peterson v. Progressive Corporation*, In the Court of Common Pleas, Cuyahoga County, Ohio, CV-03-510154;

- *Pool, et al. v. Rexall Sundown*, In the District Court of Sequoyah County, Oklahoma, CJ-2002-1253;

- *Plummer v. United Auto Group, Inc., et al.*, In the Circuit Court of Pulaski County, Arkansas, CV02-11804;

- *Prindle v. Carrington Mortgage Services, LLC,* In the United States District Court, Middle District of Florida, 3:13-cv-01349;

- *Reynolds v. Jim Moran & Associates*, In the Circuit Court of Wakulla County Florida, 04-CA- 259;

- *Riley v Home Retention Services, Inc. et al.,* United States District Court, Southern District of Florida, 2014-CV-20106;

- *Matthew W. Sowell, P.A. v. Bactes Imaging Solutions, Inc.*, In the Circuit Court of Duval County, Florida, 09-CA-018050;

- *St. John v. The Progressive Corporation*, In the Common Pleas Court of Cuyohoga County, Ohio, 392581;

- *Tate v. Navy Federal Credit Union,* In the Circuit Court of Duval County, Florida, 14-CA-000756;

- *Webb v. Touch of Class Catalog, Inc.*, In the District Court of Sequoyah County, Oklahoma, Case No. CJ-2000-306;

- *West v. City Auto Group-Tallahassee, LLC d/b/a City Hyundai*, In the Circuit Court of Leon County, Florida, 2012-CA-042109;

7

- *Williams v. New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, Inc.*, United States District Court, Middle District of Florida, 3:17-cv-570-25JRK;

- *Williams v. Tallahassee Property Investors, LLC and Apartment Management Consultants, L.L.C.*, In the Circuit Court of Leon County, Florida, 2015-CA-002097;

- *Wood, Atter & Wolf, P.A. v. Record Reproduction Service, Inc.,* In the Circuit Court of Duval County, Florida, 2015-CA-00763;

- *Wood, Atter & Wolf, P.A. v. Star-Med, LLC,* In the Circuit Court of Duval County, Florida, 2016-CA-6096;

- *Wood, Atter & Wolf, P.A. v. University of Florida Jacksonville Physicians, Inc.,* In the Circuit Court of Duval County, Florida, 16-2014-CA-005771.

17. V&W also performs considerable appellate work on consumer class action matters throughout the United States including the following recent appeals: *LTD Financial Services, L.P. v. Liznelia Baez,* Appeal No. 17-13842-F (appeal of class action jury verdict); *Sellers v. Rushmore Loan Management Services, LLC*, Appeal No. 18-11420 (an appeal of class certification); *Katrina Bushnell v. Portfolio Recovery Assoc., LLC,* In the District Court of Appeal, Second District of Florida, Case No. 2D17-0429 (amicus brief on attorney fees in consumer cases); *Amy Friedman v. Pamela Behrend v. Guthy Renker LLC and WEN by Chaz Dean, Inc.*, Case No. 17-56456 (defending a class settlement from objectors), and *Home Depot USA v. Jackson*, 880 F.3d 165 (4th Cir. 2018) (removal by third-party counterclaim defendants under the Class Action Fairness Act).

18. On May 28, 2019, the firm received a win for consumers in the Supreme Court of the United States in the matter of *Home Depot USA Inc. v. Jackson*, 2019 WL 2257158 --- S. Ct. --- (2019). I acted as Counsel of Record in this matter. The issue in the Jackson case was whether a third-party counterclaim defendant could remove a class action counterclaim from state court under either the general removal statutes or under the Class Action Fairness Act. Justice Thomas, writing for the majority, held to the strict construction of the statutes argued by Jackson and federal court jurisdiction was not further expanded.

8

19. This is a considerable amount of appellate work for a relatively small firm and indicates the firm's high level of experience and expertise in both consumer and appellate law.

20. Varnell & Warwick also employs Janet R. Varnell, Matthew Peterson, Erika Willis and Paria Ghyabi as attorneys practicing in complex consumer litigation.

21. As Plaintiffs' Counsel, I have been intimately involved in every aspect of this litigation since its inception. My firm's involvement included:

   a. Initial investigation;
   b. Drafting pleadings;
   c. Assisting in opposing the motion to dismiss and motion to strike class allegations, including legal research;
   d. Discovery (drafting requests, reviewing documents, responding to Interrogatories and Requests for Production of Documents);
   e. Consulting with potential expert witnesses;
   f. Interviewing hundreds of LeafFilter customers regarding their experience with the LeafFilter Gutter System;
   g. Speaking with numerous former employees and independent contractors of LeafFilter about their experiences with, and knowledge of, the LeafFilter Gutter System;
   h. Case strategy; and
   i. Participating in mediation, settlement negotiations, and drafting settlement docs.

22. I believe that this Settlement Agreement is fair, adequate, reasonable, and is in the best interests of, and will provide significant benefits to, the Class Members in light of all known facts and circumstances, including the significant risks and delays of litigation that are presented by the defenses and potential appellate issues that Defendant may assert.

23. The Settlement Agreement is the result of arm's-length, protracted negotiations performed under the direction and oversight of an experienced mediator over the course of numerous months.  There was no collusion with respect to the Settlement Agreement.

24. Plaintiffs' Counsel have vigorously represented the interests of Named Plaintiffs and the Settlement Class Members, have taken significant discovery, and engaged in motion practice enabling them to negotiate this beneficial settlement from a position of knowledge and strength, and as advocates for the entirety of the Settlement Class.

9

25. Although Plaintiffs have vigorously litigated this matter, to prevail they still would have had to seek and achieve certification of various state court classes, prevail at trial, and prevail on any and all appeals. Accordingly, the proposed Settlement Agreement clearly is within the range of reasonableness.

26. To date, Varnell & Warwick has expended substantial resources to litigate this case and remains committed to vigorously and successfully litigating this case on behalf of the Class.

27. My firm has worked closely with Named Plaintiffs, James and Geraldine Zilinsky who have all been intimately involved in the prosecution of this case since its outset. They have cooperated with counsel, assisted in the preparation of the Complaint, provided documentation of their purchased Gutter Systems, and responded to Defendant's requests for document production and interrogatories. I have spoken to these Named Plaintiffs about the terms of the settlement and they have expressed support for the settlement.

I declare under penalty of perjury of the state of Florida that the foregoing is true and correct to the best of my knowledge, and that I could competently testify to these facts if called as a witness.

Executed in Tampa, Florida.

Dated: June 24, 2022.                              _____
                                                                Brian W. Warwick