IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG, and SANDY ARMSTRONG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEAFFILTER NORTH, LLC, <br><br> Defendant. | CASE NO. 2:20-cv-6229-MHW-KAJ <br><br> JUDGE MICHAEL H. WATSON |

**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Pursuant to the Settlement Agreement [ECF No. 56-2] and Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs James Zilinsky, Geraldine Zilinsky, Cory Simpson, Meagan McGinley, Sandra GarrettDorsey, Brian Dering, Theresa Dering, Alan Armstrong, and Sandy Armstrong (collectively, "Plaintiffs"), individually and as the Class Representatives on behalf of all others similarly situated, hereby move this Court for an order approving the payment of (1) $1,749,416.31 for attorney fees; (2) $25,583.69 for reimbursement of expenses; and (3) a $3,500 service award for each Plaintiff household.  The legal and factual bases supporting this Motion are fully set forth in Plaintiffs' Memorandum in Support of Motion for Approval of Attorneys' Fees, Expense Reimbursement, and Class Representative Service Awards and Exhibits thereto, as well as Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement Agreement [ECF No. 56-1] incorporated herein by reference.  A proposed Order

1

granting this Motion will be provided as an attachment to the Motion for Final Approval of the Class Action Settlement due to be filed no later than February 14, 2023.

        Respectfully submitted,

*/s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)
Todd B. Naylor (0068388)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
Email: jgoldenberg@gs-legal.com
      tnaylor@gs-legal.com

Janet R. Varnell*
Matthew Peterson*
Brian Warwick*
**VARNELL & WARWICK**
1101 E. Cumberland Avenue
Suite 201H, #105
Tampa, FL  33602
Telephone: (352)753-8600
Email: jvarnell@varnellandwarwick.com
      mpeterson@varnellandwarwick.com
      bwarwick@varnellandwarwick.com

* Admitted *Pro Hac Vice*