Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG, and SANDY ARMSTRONG, individually and on behalf of all others similarly situated, | CASE NO. 2:20-cv-6229-MHW-KAJ  JUDGE MICHAEL H. WATSON |
| Plaintiffs, | |
| v. | |
| LEAFFILTER NORTH, LLC, | |
| Defendant. | |

## DECLARATION OF BRIAN W. WARWICK IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS

I, Brian W. Warwick, declare as follows:

1. I am a partner in the law firm of Varnell & Warwick, PA ("V&W"), counsel of record for Plaintiff in this matter. I respectfully submit this Declaration in support of Plaintiffs' Motion for Attorney Fees, Expense Reimbursement, and Service Awards.

## RELEVANT BACKGROUND

2. On December 3, 2020, Plaintiffs James and Geraldine Zilinsky sued Leaffilter North, LLC, on behalf of themselves and a putative class of purchasers of the Leaffilter gutter protection system asserting claims under the Ohio Consumer Sales Practice Act ("CSPA"), breach of implied warranty, violation of the Illinois Consumer Fraud And Deceptive Business Practices Act ("ICFA"), Fraud, and Fraudulent Concealment.

3. Thereafter, on April 1, 2021, Plaintiffs filed a First Amended Complaint

incorporating all claims made in the initial Complaint while also adding additional named plaintiffs and corresponding claims under their respective state laws.  The additional Plaintiffs were Cory Simpson and Megan McGinley from Maryland, Sandra GarrettDorsey from New Jersey, Brian and Theresa Dering from Pennsylvania, and Alan and Sandy Armstrong from Washington.

4. Throughout the remainder of 2021, the parties engaged in class discovery, including the production of approximately 45,000 documents from LeafFilter.

5. At the beginning of 2022, the parties agreed to attend mediation and Class Counsel spent the weeks leading up to the mediation requesting and analyzing information related to potential class definitions and determining actual damages. In order estimate damages prior to mediation, Class Counsel reviewed extensive amounts of discovery provided by Defendants and consulted with an expert.

6. On March 17, 2022, the parties attended a full-day mediation with experienced class action Mediator, Hunter Hughes in Atlanta, Georgia.  Mediation resulted in the parties signing a basic term sheet outlining the overall structure and terms of this class action settlement. *Id.*

7. After reaching an agreement in principle, the parties held multiple conference calls and submitted numerous drafts of the Settlement Agreement and supporting documents.  There were several points of clarification and dispute that took substantial effort on both sides to resolve.  The mediation process was at times contentious and always adversarial.  In fact, the formal Settlement Agreement was only fully executed on June 24, 2022.  The Agreement was filed with and described in detail in Plaintiff's Memorandum of Law in Support of Preliminary Approval.

8. Since notice was issued to the class, myself and lawyers within my firm have fielded calls from numerous class members regarding the details of the settlement.  I have assisted

2

in filing claims and have advised when class members should opt out of the case.

9. I have also participated in preparing the briefing in support of preliminary approval.

10. Although V&W has been awarded attorney fees many times under a common fund type analysis, several courts have approved class action attorney fees based upon lodestar. Because most of these cases were settlement classes, several orders approved the hourly rates set forth in the chart below, without any specific analysis of why the rates were approved. Instead, the Court simply approved the attorney fees as a whole and at the rates listed.

| V&W Class Action Matters – 2015-2022 | |
|---|---|
| CASE | HOURLY RATE |
| *Bryant v. World Imports U.S.A., Inc., d/b/a World Imports,* In the Circuit Court of Duval County, Florida, 2015-CA-005185 | BWW - $550 |
| *Baez v. LTD Financial Services, LLP*, Middle District of Florida, 6:15-cv-1043 | BWW - $450 |
| *Chau v. Cabat Properties, LLC*, In the Circuit Court of Leon County, Florida, 2014-CA-1241 | BWW - $500 |
| *Ebreo v. Vystar Credit Union,* In the Circuit Court of Duval County, 16-2014-CA-00365 | BWW - $500<br><br>JRV - $500 |
| *Inetianbor v. Cashcall, Inc. and John Paul Reddam,* In the United States District Court, Southern District of Florida, 13-60066-CIV-COHN-SELTZER | JRV - $600<br><br>BWW - $600 |
| *Gagnon v. Kia Autosport of Pensacola, Inc., et al.,* In the Circuit Court of Escambia County, Florida, 2014-CA-000084 | BWW - $500 |
| *Holt v. HHH Motors, Inc.,* In the Circuit Court of Duval County, Florida, 2012-CA-010179 | BWW - $500<br><br>JRV - $500 |
| *Ioime, et al., v. Blanchard, Merriam, Adel & Kirkland, P.A.,* In the United States District Court, Middle District of Florida, 5:15-cv-13-Oc-30PRL | BWW - $600<br><br>JRV - $650 |

3

| | |
|---|---|
| *Kilby, et al., v. Camaron at Woodcrest, LLC, et al.,* In the Circuit Court of Leon County Florida, 2013-CA-001300 | BWW - $500 |
| *Magann v. Datafile Technologies, L.L.C.,* In the Circuit Court of Hillsborough County, 14-CA-007395 | BWW - $500 |
| *Prindle v. Carrington Mortgage Services, LLC,* United States District Court, Middle District of Florida, 3:13-cv-01349; | JRV - $350<br><br>BWW - $350 |
| *Riley v Home Retention Services, Inc. et al.,* United States District Court, Southern District of Florida, 2014-CV-20106 | JRV - $450<br><br>BWW - $450 |
| *Tate v. Navy Federal Credit Union,* In the Circuit Court of Duval County, Florida, 14-CA-000756 | BWW - $500<br><br>JRV - $500 |
| *Wood, Atter & Wolf, P.A. v. Record Reproduction Service, Inc.,* In the Circuit Court of Duval County, Florida, 2015-CA-00763 | BWW - $500<br><br>JRV - $500 |
| *Wood, Atter & Wolf, P.A. v. University of Florida Jacksonville Physicians, Inc.,* In the Circuit Court of Duval County, Florida, 16-2014-CA-005771 | BWW - $500<br><br>JRV - $500 |
| *Altamonte Pediatrics, P.A. v. Greenway Health, LLC,* United States District Court, Northern District of Georgia | JRV - $650<br><br>ERW - $450 |

11. Varnell & Warwick also employs Janet R. Varnell, Matthew Peterson, and Erika Willis as attorneys practicing in complex consumer litigation. I was the supervising attorney on this case and oversaw the work of the lawyers within my firm. I also reviewed the time records of my firm and adjusted for duplication or what I believed to be excessive time.

12. I received a Bachelor's degree in Finance from the College of St. Francis in Joliet, Illinois in 1994. In 1999, I received my Juris Doctorate degree from Cumberland School of Law and my Master's in Business Administration from Samford University in Birmingham, Alabama. After graduation, I served as Law Clerk to the Honorable Champ Lyons, Jr. on the Alabama Supreme Court. Along with my partner, Janet Varnell, I received the "2018 Trial Lawyer of the

4

Year Award" from the Public Justice Foundation in Washington D.C., for our class action work against a pay-day lender.

13. Attorney Janet R. Varnell received her Bachelor's degree in computational neurobiology from Eckerd College (1991). She earned her Juris Doctorate degree from Florida State University College of Law, with high honors (1995). Ms. Varnell was awarded Consumer Advocate of the Year in 2009 by the National Association of Consumer Advocates. The Florida Bar named Ms. Varnell the 2019 Consumer Protection Lawyer of the Year.

14. Attorney Matthew Peterson has a Bachelor's degree from the University of Iowa (2012). He obtained his Juris Doctorate degree from Northern Illinois University College of Law (2015). Mr. Peterson's practice has focused on consumer class actions since 2015.

15. Attorney Erika R. Willis, has a Bachelor of Science Degree in Psychology and History from the University of Florida (2009) and her Juris Doctorate degree from the Levin College of Law at the University of Florida (2012). After law school, Mrs. Willis worked for a Miami based AM Law 100 firm focused on business litigation, class actions and securities until 2020. Mrs. Willis's practice since 2020 has primarily focused on consumer class actions.

16. The hourly rates for the lawyers and paralegals working on this matter are as follows:

| Name | Position | Years in Practice | Hourly Rate |
| --- | --- | --- | --- |
| Brian W. Warwick | Attorney | 22 | $650 |
| Janet R. Varnell | Attorney | 27 | $650 |
| Mathew Peterson | Attorney | 8 | $450 |
| Erika Willis | Attorney | 9 | $450 |

5

| Karen Stroly | Paralegal | 40 | $220 |
| Christian Koerner | Paralegal | 23 | $220 |
| Ashleigh Wallace | Paralegal | 24 | $220 |

17. Detailed time records for this matter for the lawyers and staff within my firm are attached as Exhibit 1. I have reviewed the time and eliminated redundant or unnecessary time, where appropriate. I also removed the majority of short emails between team members regarding the case.

18. My firm's total lodestar for this matter through the date of this declaration is $381,720.00 with a total of 861.2 hours expended.

19. My firm has incurred the following reasonable and necessary expenses to the prosecution of this case:

| Description | Amount |
| --- | --- |
| Mediator Invoice – Hunter Hughes | $5,125.00 |
| Travel Expenses – mediation | $1,879.89 |
| LF Expert removal of system | $406.60 |
| Pacer Fees | $52.90 |
| Legal Research Cost (Westlaw) | $3,361.94 |
| Total | $10,826.33 |

I declare under penalty of perjury of the state of Florida that the foregoing is true and correct to the best of my knowledge, and that I could competently testify to these facts if called as a witness.

6

Executed in Tampa, Florida.

Dated: November 7, 2022.

_____
Brian W. Warwick

7