# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG AND SANDY ARMSTRONG individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEAFFILTER NORTH, LLC, <br><br> Defendant. | CASE NO. 2:20-cv-6229-MHW-KAJ <br><br> JUDGE MICHAEL H. WATSON |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES IN PRELIMINARY APPROVAL ORDER [ECF NO. 58]

For good cause shown, this Court hereby grants the Parties' Joint Motion for Extension of Deadlines in Preliminary Approval Order, and hereby ORDERS as follows:

1. No later than January 9, 2023, Counsel for the Parties will submit to the Court a list identifying each Settlement Class Member who submitted an exclusion request together with copies of the exclusion requests and with a declaration attesting to the completeness and accuracy thereof; and

2. No later than January 9, 2023, the Settlement Administrator and/or Counsel for the Parties will submit to the Court all objections received from Settlement Class Members.

SO ORDERED.

Date:   January 4, 2023

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE