IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES ZILINSKY, GERALDINE ZILINSKY, CORY SIMPSON, MEAGAN McGINLEY, SANDRA GARRETTDORSEY, BRIAN DERING, THERESA DERING, ALAN ARMSTRONG, and SANDY ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>LEAFFILTER NORTH, LLC,<br><br>         Defendant. | CASE NO. 2:20-cv-6229-MHW-KAJ<br><br>JUDGE MICHAEL H. WATSON |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs James Zilinsky, Geraldine Zilinsky, Cory Simpson, Meagan McGinley, Sandra GarrettDorsey, Brian Dering, Theresa Dering, Alan Armstrong, and Sandy Armstrong, on behalf of themselves and the putative Settlement Class they represent, respectfully move this Court to enter an Order that: (1) finally approves the Settlement Agreement and Release as fair, reasonable, and adequate under Rule 23(e); (2) finally certifies the Settlement Class under Fed. R. Civ. P. 23(b)(3); (3) finally appoints James Zilinsky, Geraldine Zilinsky, Cory Simpson, Meagan McGinley, Sandra GarrettDorsey, Brian Dering, Theresa Dering, Alan Armstrong, and Sandy Armstrong as Class Representatives; (4) finally appoints Brian Warwick and Janet Varnell of Varnell & Warwick, and Jeffrey S. Goldenberg

1

and Todd B. Naylor of Goldenberg Schneider, LPA as Class Counsel; (5) finds the Notice plan as implemented satisfies Rule 23 and due process; (6) finally appoints KCC Class Action Services as the Settlement Administrator; (7) awards Class Counsel $1,749,416.31 for attorney fees and $25,583.69 for reasonable and necessary expenses; (8) awards each Plaintiff household a $3,500 service award; and (9) grants further relief as the Court deems just and proper.

For the reasons set forth in the Memorandum in Support of Plaintiffs' Motion for Final Approval, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed Settlement memorialized in the Settlement Agreement is fair, reasonable, adequate, and should be finally approved, and the Settlement Class maintained.

The Settlement is the product of arm's length negotiations between the parties and their counsel, all of whom are well-informed regarding the issues in this litigation and have significant experience in complex litigation of this type.  Accordingly, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order attached as Exhibit 1 to Plaintiffs' Memorandum in Support of Motion for Final Approval.

Respectfully submitted,

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)
Todd B. Naylor (0068388)
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati OH  45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
tnaylor@gs-legal.com
jgoldenberg@gs-legal.com

Janet R. Varnell*
Matthew Peterson*
Brian Warwick*
**VARNELL & WARWICK**
1101 E. Cumberland Avenue

2

Suite 201H, #105
Tampa, FL 33602
Telephone: (352)753-8600
Email: jvarnell@varnellandwarwick.com
mpeterson@varnellandwarwick.com
bwarwick@varnellandwarwick.com

\* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs and the putative Class*

### CERTIFICATE OF SERVICE

I certify that on February 14, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)