**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

James Zilinsky, *Individually and on behalf of all others similarly situated,* et al.,
        vs.

Case No. 2:20-cv-6229

LeafFilter North, LLC,

**Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 29, 2023 Opinion and Order: the Court GRANTS final approval of the Settlement.

Date: **March 29, 2023**         **Richard Nagel, Clerk**

                                             s/ Jennifer Kacsor

                                    By Jennifer Kacsor/Courtroom Deputy